UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANATBEK ALMAZBEK UULU, | No. 1:25-cv-1812 WBS CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

    Petitioner, an immigration detainee who is currently representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion to proceed in forma pauperis. The application to proceed in forma pauperis makes the required showing and is granted. See 28 U.S.C. § 1915(a).

    The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] In light of the complexity of the legal issues involved, the court has determined the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be served with the § 2241 petition. See 28 U.S.C. § 2243. Petitioner's counsel, once appointed, shall meet and confer with respondent's counsel regarding a briefing schedule for this case.

In accordance with the above, IT IS ORDERED as follows:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is GRANTED.

2. The Federal Defender is appointed to represent petitioner.

3. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

4. Within seven (7) days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the undersigned counsel's courtroom deputy Lisa Kennison at lkennison@caed.ucourts.gov, and counsel will be added as counsel for petitioner. If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven (7) days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

5. Additionally, the Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

6. New counsel for petitioner shall meet and confer with opposing counsel on a briefing schedule and jointly file that schedule with the court within fourteen (14) days of this order.

Dated: December 15, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 rami1775.110a.imm

2