UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KANATBEK ALMAZBEK UULU,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,

Respondent.

No.  1:25-cv-1812-WBS-CKD P

ORDER

The court has reviewed the parties' proposed joint briefing schedule.  Good cause appearing, IT IS ORDERED that:

1. Petitioner is granted 21 days within which to file an amended petition for a writ of habeas corpus;

2. Respondents shall file the response within 21 days of service of the amended petition; and

3. Petitioner shall file the Traverse within 14 days of service of the response.

Dated:  January 22, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1 uulu1812.111imm