UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KANATBEK ALMAZBEK UULU,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, ET AL.,<br><br>　　　　　Respondents. | No. 1:25-cv-01812-WBS-CKD<br><br><br>ORDER |

----oo0oo----

　　　　Petitioner Kanatbek Almazbek Uulu has filed a motion for temporary restraining order.  (Docket No. 12.)  Respondents SHALL file any opposition to petitioner's motion on or before **February 5, 2026.**

　　　　The United States Attorney has acknowledged that the prolonged detention of a noncitizen without a bond hearing may violate the Due Process Clause.  Petitioner alleges that he has been detained for over fourteen months without such a hearing, "violating his Due Process rights."  (Id. at 2.)  Accordingly, in

1

their response, Respondents shall advise whether the length and circumstances of Petitioner's detention indeed violates his rights under the Due Process Clause.

The court will then take the motion under submission and inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: February 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE