UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KANATBEK ALMAZBEK UULU,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, et al.,<br><br>    Respondents. | No. 1:25-cv-01812 WBS CKD<br><br><br>ORDER |

----oo0oo----

After reviewing the parties' submissions regarding petitioner's Motion for Temporary Restraining Order (Docket No. 12), the court deems oral argument necessary.  Oral argument will be heard on **Thursday, February 12, 2026,** at **10:00am** in Courtroom 5.  Personal appearances are required by counsel for both sides who are familiar with the facts and the law of this case.

Counsel shall be prepared to discuss the Fifth Circuit's recent opinion in Buenrostro-Mendez v. Bondi, --- F.4th ----, 2026 WL 323330 (5th Cir. Feb. 6, 2026); and counsel for respondents shall further be prepared to provide the factual

1

reasons for which this petitioner has been detained for approximately fourteen months (see Docket No. 12 at 2).

IT IS SO ORDERED.

Dated: February 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2