UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KANATBEK ALMAZBEK UULU,<br><br>              Petitioner,<br><br>      v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX, et al.,<br><br>              Respondents. | No. 1:25-cv-01812 WBS CKD<br><br><br><br>ORDER RELATING CASES |
| ALMAZBEK UULU KANATBEK,<br><br>              Petitioner,<br><br>      v.<br><br>WARDEN OF THE CENTRAL VALLEY ANNEX, et al.,<br><br>              Respondents. | No. 1:26-cv-04374 MWJS |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same parties, are based on the same or similar

1

claims, and involve similar questions of law and fact. Accordingly, the assignment of the matters to the same judge is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Uulu v. Golden State Annex et al., Case No. 1:25-cv-01812 WBS CKD, and Kanatbek v. Warden, Central Valley Annex, et al., Case No. 1:26-cv-3560 DC CSK, be, and the same hereby are, deemed related.  The case denominated Singh v. Warden, Central Valley Annex, et al., Case No. 1:26-cv-04374 MWJS, shall be reassigned to Judge WILLIAM B. SHUBB and Judge CAROLYN K. DELANEY. Henceforth, the captions on documents filed in the reassigned case shall be shown as Uulu v. Warden, Central Valley Annex, et al., Case No. 1:25-cv-01812 WBS CKD.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  June 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE